IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELENA SALAS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No.: 4:18-CV-3607 |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

On January 29, 2020, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment under 28 U.S.C. § 636(c). On February 24, 2020, the Court entered a Memorandum and Order affirming the Commissioner's final decision denying Elena Salas' request for social security benefits. It is, therefore,

**ORDERED** that this case is **DISMISSED**.

This is a **FINAL JUDGMENT**.

Christina A. Bryan
United States Magistrate Judge